**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eric W. Wang                                    CHAPTER 13
       Heather A. Wang
          Debtor(s)                          BKY. NO. 24-14059 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ *Denise Carlon*
                            Denise Carlon
                            18 Nov 2024, 16:02:06, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322