United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eric W. Wang  
Heather A. Wang  
    Debtors

Case No. 24-14059-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 13, 2024     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |
| 14945368 | + | AFNI c/o Becket and Lee, PO Box 3097, Bloomington, IL 61702-3097 |
| 14945369 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 14945372 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14945378 | | PA Dept Of Revenue, Bureau of Collections & Taxpayer Service, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14945381 | + | Santander Consumer USA Inc., 3818 E Coronado, Anaheim, CA 92807-1607 |
| 14947470 | + | loanDepot.com LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14948699 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2024 00:15:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945370 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2024 00:01:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14945371 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2024 00:01:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14945373 | + | Email/Text: jmerrill@inspirefcu.org | Dec 14 2024 00:02:00 | Inspire Federal Credit, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14945374 | | Email/Text: govtaudits@labcorp.com | Dec 14 2024 00:01:00 | Laboratory Corp of America Holdings, PO Box 2240, Burlington, NC 27216 |
| 14948698 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2024 00:15:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945375 | + | Email/Text: bknotification@loandepot.com | Dec 14 2024 00:02:00 | LoanDepot.com LLC, 26642 Towne Center Dr., Foothill Ranch, CA 92610-2808 |
| 14945377 | | Email/Text: EBN@Mohela.com | Dec 14 2024 00:01:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14950277 | | Email/Text: EBN@Mohela.com | Dec 14 2024 00:01:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14945376 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 14 2024 00:01:00 | Medical Data Systems I, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |

| | | | | |
|---|---|---|---|---|
| 14945379 | + | Email/Text: joey@rmscollect.com | Dec 14 2024 00:02:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14945380 | ^ | MEBN | Dec 13 2024 23:59:28 | Regions Bank/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14958559 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 14 2024 00:02:00 | Santander Consumer USA, Inc.,, successor in interest to Gateway, One Lending & Finance, LLC, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14945382 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 14 2024 00:01:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14945383 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 14 2024 00:01:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14947355 | ^ | MEBN | Dec 13 2024 23:59:36 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

**Name**            **Email Address**

DENISE ELIZABETH CARLON
　　on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
　　on behalf of Joint Debtor Heather A. Wang support@ymalaw.com
　　ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
　　on behalf of Debtor Eric W. Wang support@ymalaw.com
　　ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ERIC W. WANG                : Chapter 13
         HEATHER A. WANG
                    Debtor(s)        :

                                     : Bankruptcy No. 24-14059 - AMC

ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362(c)(3)(B) and after notice and hearing, and/or there being no opposition to the Motion;

It is hereby **ORDERED** that:

1) The Motion is **granted**; and

2) The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed.R. Bankr. P. 4001(a).

Date:   Dec. 13, 2024

_____
Ashely M. Chan, Bankruptcy Judge