# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 12/06/2024 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 11/17/2024 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 11/30/2024 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2108.80 | 58155.60 |
| Paid Time Off | | | 0.00 | 5215.00 |
| Auto Allowance | | | 400.00 | 4923.16 |
| Expense Reimbursement No Tax | | | 48.65 | 259.85 |
| Holiday | | | 527.20 | 2221.60 |
| Incentive | | | 0.00 | 6895.00 |
| Mileage Reimbursement - NO Tax | | | 57.60 | 1757.52 |
| Parking & Tolls - No Tax | | | 3.00 | 4066.64 |
| Retro Pay | | | 0.00 | 3.80 |
| **Gross** | | | **3145.25** | **83498.17** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 199.84 | 5774.92 |
| Medicare | | | 35.39 | 978.97 |
| Social Security | | | 151.34 | 4185.95 |
| Penn. State W/H(M/0) | | | 74.94 | 2072.73 |
| 460701,LOWER MERION TWP | | | 24.41 | 675.16 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 50.00 |
| Pennsylvania UI/HC/WF | | | 1.85 | 50.80 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 305.75 |
| Cancer Insurance | | | 8.98 | 224.50 |
| Charge Back | | | 0.00 | 100.00 |
| Critical Illness Employee | | | 3.55 | 88.75 |
| Critical Illness Spouse | | | 1.78 | 44.50 |
| EE Opt Life | | | 1.57 | 39.25 |
| LTD | | | 12.34 | 303.46 |
| Medical 2000 HSA | | | 161.68 | 4042.00 |
| Met Life Dental High | | | 29.54 | 738.50 |
| Spouse Opt Life | | | 0.78 | 19.50 |
| Vision - Pre Tax 2 | | | 3.81 | 95.25 |
| **Net Pay** | | | **2419.22** | **63708.18** Voucher No. 614778365DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2419.22 | 63708.18 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 159.96 | 160.00 | -0.04 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 12/3/2024 07:18 am

# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: | 11/22/2024 |
| Period Start: | 11/03/2024 |
| Period End: | 11/16/2024 |

Company: 0N759 - WILLIAM A FRASER INC
DBA: FRASER ADVANCED INFORMATION SYSTEMS
320 PENN AVE
WEST READING  PA  19611   (610) 378-0101

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2636.00 | 56046.80 |
| Paid Time Off | | | 0.00 | 5215.00 |
| Auto Allowance | | | 0.00 | 4523.16 |
| Expense Reimbursement No Tax | | | 50.00 | 211.20 |
| Holiday | | | 0.00 | 1694.40 |
| Incentive | | | 700.00 | 6895.00 |
| Mileage Reimbursement - NO Tax | | | 71.85 | 1699.92 |
| Parking & Tolls - No Tax | | | 145.88 | 4063.64 |
| Retro Pay | | | 0.00 | 3.80 |
| **Gross** | | | **3603.73** | **80352.92** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 283.84 | 5575.08 |
| Medicare | | | 45.55 | 943.58 |
| Social Security | | | 194.74 | 4034.61 |
| Penn. State W/H(M/0) | | | 96.43 | 1997.79 |
| 460701, LOWER MERION TWP | | | 31.41 | 650.75 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 48.00 |
| Pennsylvania UI/HC/WF | | | 2.34 | 48.95 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 293.52 |
| Cancer Insurance | | | 8.98 | 215.52 |
| Charge Back | | | 0.00 | 100.00 |
| Critical Illness Employee | | | 3.55 | 85.20 |
| Critical Illness Spouse | | | 1.78 | 42.72 |
| EE Opt Life | | | 1.57 | 37.68 |
| LTD | | | 12.34 | 291.12 |
| Medical 2000 HSA | | | 161.68 | 3880.32 |
| Met Life Dental High | | | 29.54 | 708.96 |
| Spouse Opt Life | | | 0.78 | 18.72 |
| Vision - Pre Tax 2 | | | 3.81 | 91.44 |
| **Net Pay** | | | **2711.16** | **61288.96** Voucher No. 610764579DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 2711.16 | 61288.96 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 146.63 | 160.00 | -13.37 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 11/19/2024 09:33 am

## Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 11/08/2024 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 10/20/2024 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 11/02/2024 | 320 PENN AVE |
| | WEST READING  PA  19611    (610) 378-0101 |

Emp #: A0C0
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2504.20 | 53410.80 |
| Paid Time Off | | | 131.80 | 5215.00 |
| Auto Allowance | | | 400.00 | 4523.16 |
| Expense Reimbursement No Tax | | | 100.00 | 161.20 |
| Holiday | | | 0.00 | 1694.40 |
| Incentive | | | 0.00 | 6195.00 |
| Mileage Reimbursement - NO Tax | | | 72.38 | 1628.07 |
| Parking & Tolls - No Tax | | | 72.36 | 3917.76 |
| Retro Pay | | | 0.00 | 3.80 |
| **Gross** | | | **3280.74** | **76749.19** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 199.84 | 5291.24 |
| Medicare | | | 35.39 | 898.03 |
| Social Security | | | 151.34 | 3839.87 |
| Penn. State W/H(M/0) | | | 74.94 | 1901.36 |
| 460701,LOWER MERION TWP | | | 24.41 | 619.34 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 46.00 |
| Pennsylvania UI/HC/WF | | | 1.85 | 46.61 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 281.29 |
| Cancer Insurance | | | 8.98 | 206.54 |
| Charge Back | | | 0.00 | 100.00 |
| Critical Illness Employee | | | 3.55 | 81.65 |
| Critical Illness Spouse | | | 1.78 | 40.94 |
| EE Opt Life | | | 1.57 | 36.11 |
| LTD | | | 12.34 | 278.78 |
| Medical 2000 HSA | | | 161.68 | 3718.64 |
| Met Life Dental High | | | 29.54 | 679.42 |
| Spouse Opt Life | | | 0.78 | 17.94 |
| Vision - Pre Tax 2 | | | 3.81 | 87.63 |
| **Net Pay** | | | **2554.71** | **58577.80** Voucher No. 606826341DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2554.71 | 58577.80 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 146.63 | 160.00 | -13.37 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 11/5/2024 07:53 am

# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 10/25/2024 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 10/06/2024 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 10/19/2024 | 320 PENN AVE |
| | WEST READING PA 19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2636.00 | 50906.60 |
| Paid Time Off | | 0.00 | 5083.20 |
| Auto Allowance | | 0.00 | 4123.16 |
| Expense Reimbursement No Tax | | 0.00 | 61.20 |
| Holiday | | 0.00 | 1694.40 |
| Incentive | | 610.00 | 6195.00 |
| Mileage Reimbursement - NO Tax | | 100.01 | 1555.69 |
| Parking & Tolls - No Tax | | 23.70 | 3845.40 |
| Retro Pay | | 0.00 | 3.80 |
| **Gross** | | **3369.71** | **73468.45** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 273.04 | 5091.40 |
| Medicare | | 44.24 | 862.64 |
| Social Security | | 189.17 | 3688.53 |
| Penn. State W/H(M/0) | | 93.66 | 1826.42 |
| 460701,LOWER MERION TWP | | 30.51 | 594.93 |
| LST 460701, LOWER MERION TWP | | 2.00 | 44.00 |
| Pennsylvania UI/HC/WF | | 2.27 | 44.76 |
| **Deductions** | | | |
| Accident Insurance | | 12.23 | 269.06 |
| Cancer Insurance | | 8.98 | 197.56 |
| Charge Back | | 0.00 | 100.00 |
| Critical Illness Employee | | 3.55 | 78.10 |
| Critical Illness Spouse | | 1.78 | 39.16 |
| EE Opt Life | | 1.57 | 34.54 |
| LTD | | 12.34 | 266.44 |
| Medical 2000 HSA | | 161.68 | 3556.96 |
| Met Life Dental High | | 29.54 | 649.88 |
| Spouse Opt Life | | 0.78 | 17.16 |
| Vision - Pre Tax 2 | | 3.81 | 83.82 |
| **Net Pay** | | **2498.56** | **56023.09** Voucher No. 603104694DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2498.56 | 56023.09 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 133.30 | 156.00 | -22.70 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 10/22/2024 08:15 am

## Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 10/11/2024 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 09/22/2024 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 10/05/2024 | 320 PENN AVE |
| | WEST READING  PA  19611   (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2636.00 | 48270.60 |
| Paid Time Off | | 0.00 | 5083.20 |
| Auto Allowance | | 400.00 | 4123.16 |
| Expense Reimbursement No Tax | | 0.00 | 61.20 |
| Holiday | | 0.00 | 1694.40 |
| Incentive | | 0.00 | 5585.00 |
| Mileage Reimbursement - NO Tax | | 98.27 | 1455.68 |
| Parking & Tolls - No Tax | | 26.70 | 3821.70 |
| Retro Pay | | 0.00 | 3.80 |
| **Gross** | | **3160.97** | **70098.74** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 199.84 | 4818.36 |
| Medicare | | 35.39 | 818.40 |
| Social Security | | 151.34 | 3499.36 |
| Penn. State W/H(M/0) | | 74.94 | 1732.76 |
| 460701,LOWER MERION TWP | | 24.41 | 564.42 |
| LST 460701, LOWER MERION TWP | | 2.00 | 42.00 |
| Pennsylvania UI/HC/WF | | 1.85 | 42.49 |
| **Deductions** | | | |
| Accident Insurance | | 12.23 | 256.83 |
| Cancer Insurance | | 8.98 | 188.58 |
| Charge Back | | 0.00 | 100.00 |
| Critical Illness Employee | | 3.55 | 74.55 |
| Critical Illness Spouse | | 1.78 | 37.38 |
| EE Opt Life | | 1.57 | 32.97 |
| LTD | | 12.34 | 254.10 |
| Medical 2000 HSA | | 161.68 | 3395.28 |
| Met Life Dental High | | 29.54 | 620.34 |
| Spouse Opt Life | | 0.78 | 16.38 |
| Vision - Pre Tax 2 | | 3.81 | 80.01 |
| **Net Pay** | | **2434.94** | **53524.53** Voucher No. 599373332DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 2434.94 | 53524.53 | A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 133.30 | 156.00 | -22.70 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 10/8/2024 07:37 am

# Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 09/27/2024 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 09/08/2024 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 09/21/2024 | 320 PENN AVE |
| | WEST READING PA 19611  (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2372.40 | 45634.60 |
| Paid Time Off | | | 263.60 | 5083.20 |
| Auto Allowance | | | 0.00 | 3723.16 |
| Expense Reimbursement No Tax | | | 0.00 | 61.20 |
| Holiday | | | 0.00 | 1694.40 |
| Incentive | | | 710.00 | 5585.00 |
| Mileage Reimbursement - NO Tax | | | 61.86 | 1357.41 |
| Parking & Tolls - No Tax | | | 26.90 | 3795.00 |
| Retro Pay | | | 0.00 | 3.80 |
| **Gross** | | | **3434.76** | **66937.77** |
| **W/H Taxes** | | | | |
| Federal W/H(M/0) | | | 285.04 | 4618.52 |
| Medicare | | | 45.69 | 783.01 |
| Social Security | | | 195.36 | 3348.02 |
| Penn. State W/H(M/0) | | | 96.73 | 1657.82 |
| 460701,LOWER MERION TWP | | | 31.51 | 540.01 |
| LST 460701, LOWER MERION TWP | | | 2.00 | 40.00 |
| Pennsylvania UI/HC/WF | | | 2.34 | 40.64 |
| **Deductions** | | | | |
| Accident Insurance | | | 12.23 | 244.60 |
| Cancer Insurance | | | 8.98 | 179.60 |
| Charge Back | | | 0.00 | 100.00 |
| Critical Illness Employee | | | 3.55 | 71.00 |
| Critical Illness Spouse | | | 1.78 | 35.60 |
| EE Opt Life | | | 1.57 | 31.40 |
| LTD | | | 12.34 | 241.76 |
| Medical 2000 HSA | | | 161.68 | 3233.60 |
| Met Life Dental High | | | 29.54 | 590.80 |
| Spouse Opt Life | | | 0.78 | 15.60 |
| Vision - Pre Tax 2 | | | 3.81 | 76.20 |
| **Net Pay** | | | **2539.83** | **51089.59** Voucher No. 595379234DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2539.83 | 51089.59 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 119.97 | 156.00 | -36.03 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 09/24/2024 07:32 am

## Earnings Statement

**WANG, ERIC**

| | |
|---|---|
| Pay Date: 09/13/2024 | Company: 0N759 - WILLIAM A FRASER INC |
| Period Start: 08/25/2024 | DBA: FRASER ADVANCED INFORMATION SYSTEMS |
| Period End: 09/07/2024 | 320 PENN AVE |
| | WEST READING  PA  19611    (610) 378-0101 |

Emp #: A0CO
Dept: 000012SVCKOP - Service
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2240.60 | 43262.20 |
| Paid Time Off | | 131.80 | 4819.60 |
| Auto Allowance | | 400.00 | 3723.16 |
| Expense Reimbursement No Tax | | 0.00 | 61.20 |
| Holiday | | 263.60 | 1694.40 |
| Incentive | | 0.00 | 4875.00 |
| Mileage Reimbursement - NO Tax | | 62.08 | 1295.55 |
| Parking & Tolls - No Tax | | 57.80 | 3768.10 |
| Retro Pay | | 0.00 | 3.80 |
| **Gross** | | **3155.88** | **63503.01** |
| **W/H Taxes** | | | |
| Federal W/H(M/0) | | 199.84 | 4333.48 |
| Medicare | | 35.40 | 737.32 |
| Social Security | | 151.34 | 3152.66 |
| Penn. State W/H(M/0) | | 74.94 | 1561.09 |
| 460701,LOWER MERION TWP | | 24.41 | 508.50 |
| LST 460701, LOWER MERION TWP | | 2.00 | 38.00 |
| Pennsylvania UI/HC/WF | | 1.85 | 38.30 |
| **Deductions** | | | |
| Accident Insurance | | 12.23 | 232.37 |
| Cancer Insurance | | 8.98 | 170.62 |
| Charge Back | | 0.00 | 100.00 |
| Critical Illness Employee | | 3.55 | 67.45 |
| Critical Illness Spouse | | 1.78 | 33.82 |
| EE Opt Life | | 1.57 | 29.83 |
| LTD | | 12.34 | 229.42 |
| Medical 2000 HSA | | 161.68 | 3071.92 |
| Met Life Dental High | | 29.54 | 561.26 |
| Spouse Opt Life | | 0.78 | 14.82 |
| Vision - Pre Tax 2 | | 3.81 | 72.39 |
| **Net Pay** | | **2429.84** | **48549.76** Voucher No. 591708555DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 2429.84 | 48549.76 A/C:8258 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| FMLA Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| New PTO Hours ** | | 119.97 | 148.00 | -28.03 |
| Unpaid Hours | 0.00 | 0.00 | 0.00 | 0.00 |

**Accruals balances are accurate as of processing 09/10/2024 07:42 am