| Acme Markets, Inc. | Pay Group: | 034 | | Advice #: | 341-3687260 |
|---|---|---|---|---|---|
| Associate Experience Center (AEC) | Pay Begin Date: | 11/24/2024 | | Advice Date: | 12/05/2024 |
| 20427 N 27th Avenue | Pay End Date: | 11/30/2024 | | | |
| Phoenix, AZ 85027-3241 | | | | | |

| | | | | TAX DATA: | Federal | PA Stat |
|---|---|---|---|---|---|---|
| Heather Ann Wang | Employee ID: | 20539041 | | Tax Status: | Single | N/A |
| 6249 Patrick Henry Ct | Department: | 3719A347 | | Claim Dep. Amt.: | | N/A |
| Bensalem, PA 19020 | Location: | 3719A | | Other Income: | | |
| XXX-XX-3825 | Job Title: | Cashier Clerk | | Deductions: | | |
| | Pay Rate: | $14.650 Hourly | | Extra Withholding: | | |

## HOURS AND EARNINGS / TAXES

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | 14.650 | 16.22 | 237.63 | 868.52 | 12,679.16 | Fed Withholdng | 12.75 | 288.9 |
| Sunday Regular Hours | 14.649 | 6.53 | 95.66 | 190.48 | 2,775.25 | Fed MED/EE | 5.92 | 234.2 |
| Holiday Worked | 14.650 | 5.12 | 75.01 | 19.25 | 280.00 | Fed OASDI/EE | 25.31 | 1,001.5 |
| Division Training | | | 0.00 | 17.67 | 258.86 | PA Uncmpl EE | 0.29 | 11.3 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 | PA Withholdng | 12.53 | 495.9 |
| Total Hours Worked | | 27.87 | | | | PA Withholdng | 4.08 | 161.5 |
| Prior Week's Adjustment/Reg | | | 0.00 | | 0.00 | PA LS Tax | 1.00 | 48.0 |
| Holiday Thank You | | | 0.00 | | 45.31 | | | |
| TOTAL: | | | 408.30 | | 16,123.76 | TOTAL: | 61.88 | 2,241.5 |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Union Dues | 15.11 | 721.78 | | | |
| | | | Union Dues Initiation | 0.00 | 125.00 | | | |
| | | | Garnishment Acme | 0.00 | 196.17 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 15.11 | 1,042.95 | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 408.30 | 408.30 | 61.88 | 15.11 | 331.3 |
| YTD | 16,123.76 | 16,153.76 | 2,241.51 | 1,042.95 | 12,839.3 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| | | | Payment Type | Account Type | Account Number | Amoun |
| Float Holiday | 1.00 | Days | Advice #3687260 | Checking | XXXXXXX2986 | 331.3 |
| Vac - Current | 0.00 | Hours | | | | |
| | | | TOTAL: | | | 331.3 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
|---|---|
| Pay Begin Date: | 11/17/2024 |
| Pay End Date: | 11/23/2024 |

| Advice #: | 341-3674981 |
|---|---|
| Advice Date: | 11/27/2024 |

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA 19020
XXX-XX-3825

| Employee ID: | 20539041 |
|---|---|
| Department: | 3719A347 |
| Location: | 3719A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $14.650 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | N/A |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.650 | 22.37 | 327.71 | 852.30 | 12,441.53 |
| Sunday Regular Hours | | 0.00 | 0.00 | 183.95 | 2,679.59 |
| Holiday Worked | | 0.00 | 0.00 | 14.13 | 204.99 |
| Division Training | | 0.00 | 0.00 | 17.67 | 258.86 |
| HOL Stght Time Plus Prem | | 0.00 | 0.00 | 4.07 | 115.18 |
| **Total Hours Worked** | | 22.37 | | 1,072.12 | |
| Prior Week's Adjustment/Reg | | | 0.00 | | 0.00 |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | 327.71 | | 15,715.46 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 4.69 | 276.2 |
| Fed MED/EE | 4.75 | 228.3 |
| Fed OASDI/EE | 20.32 | 976.2 |
| PA Unempl EE | 0.23 | 11.0 |
| PA Withholdng | 10.06 | 483.4 |
| PA Withholdng | 3.28 | 157.4 |
| PA LS Tax | 1.00 | 47.0 |
| **TOTAL:** | 44.33 | 2,179.6 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 706.67 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | 15.11 | 1,027.84 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 327.71 | 327.71 | 44.33 | 15.11 | 268.2 |
| YTD | 15,715.46 | 15,745.46 | 2,179.63 | 1,027.84 | 12,507.9 |

## LEAVE BALANCES

| Float Holiday | 1.00 Days |
|---|---|
| Vac - Current | 0.00 Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3674981 | Checking | XXXXXXX2986 | 268.2 |
| **TOTAL:** | | | 268.2 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
|---|---|
| Pay Begin Date: | 11/10/2024 |
| Pay End Date: | 11/16/2024 |

| | |
|---|---|
| Advice #: | 341-3662723 |
| Advice Date: | 11/21/2024 |

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA 19020
XXX-XX-3825

| Employee ID: | 20539041 |
|---|---|
| Department: | 3719A347 |
| Location: | 3719A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $14.650 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | N/A |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.650 | 20.68 | 302.96 | 829.93 | 12,113.82 |
| Sunday Regular Hours | 14.650 | 5.00 | 73.25 | 183.95 | 2,679.59 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | | | 0.00 | 17.67 | 258.86 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| Total Hours Worked | | 25.68 | | 1,049.75 | |
| Prior Week's Adjustment/Reg | | | 0.00 | | 0.00 |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **376.21** | | **15,387.75** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 9.54 | 271.52 |
| Fed MED/EE | 5.46 | 223.56 |
| Fed OASDI/EE | 23.32 | 955.96 |
| PA Unempl EE | 0.26 | 10.79 |
| PA Withholdng | 11.55 | 473.36 |
| PA Withholdng | 3.76 | 154.17 |
| PA LS Tax | 1.00 | 46.00 |
| **TOTAL:** | **54.89** | **2,135.36** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 691.56 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **1,012.73** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 376.21 | 376.21 | 54.89 | 15.11 | 306.21 |
| YTD | 15,387.75 | 15,417.75 | 2,135.30 | 1,012.73 | 12,239.72 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3662723 | Checking | XXXXXXX2986 | 306.21 |
| **TOTAL:** | | | **306.21** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

Pay Group: 034
Pay Begin Date: 11/03/2024
Pay End Date: 11/09/2024

Advice #: 341-3650494
Advice Date: 11/14/2024

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA 19020
XXX-XX-3825

Employee ID: 20539041
Department: 3719A347
Location: 3719A
Job Title: Cashier Clerk
Pay Rate: $14.650 Hourly

### TAX DATA:

| | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | N/A |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.650 | 15.13 | 221.65 | 809.25 | 11,810.86 |
| Sunday Regular Hours | 14.649 | 4.05 | 59.33 | 178.95 | 2,606.34 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | 14.650 | 4.17 | 61.09 | 17.67 | 258.86 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| **Total Hours Worked** | | **23.35** | | **1,024.07** | |
| Prior Week's Adjustment/Reg | | | 0.00 | | 0.00 |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **342.07** | | **15,011.54** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 6.13 | 261.93 |
| Fed MED/EE | 4.96 | 218.10 |
| Fed OASDI/EE | 21.21 | 932.53 |
| PA Unempl EE | 0.24 | 10.51 |
| PA Withholdng | 10.50 | 461.8 |
| PA Withholdng | 3.42 | 150.4 |
| PA LS Tax | 1.00 | 45.00 |
| **TOTAL:** | **47.46** | **2,080.4** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 676.45 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **997.62** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 342.07 | 342.07 | 47.46 | 15.11 | 279.5 |
| YTD | 15,011.54 | 15,041.54 | 2,080.41 | 997.62 | 11,933.5 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3650494 | Checking | XXXXXXX2986 | 279.5 |
| **TOTAL:** | | | **279.5** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 034<br>Pay Begin Date: 10/27/2024<br>Pay End Date: 11/02/2024 | Advice #: 341-3638269<br>Advice Date: 11/07/2024 | |
|---|---|---|---|
| | | **TAX DATA:** | Federal | PA Stat |
| Heather Ann Wang<br>6249 Patrick Henry Ct<br>Bensalem, PA 19020<br>XXX-XX-3825 | Employee ID: 20539041<br>Department: 3719A347<br>Location: 3719A<br>Job Title: Cashier Clerk<br>Pay Rate: $14.650 Hourly | Tax Status: Single N/A<br>Claim Dep. Amt.: N/A<br>Other Income:<br>Deductions:<br>Extra Withholding: | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.650 | 20.87 | 305.75 | 794.12 | 11,589.21 |
| Sunday Regular Hours | 14.650 | 4.08 | 59.77 | 174.90 | 2,547.01 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | | | 0.00 | 13.50 | 197.77 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| Total Hours Worked | | 24.95 | | 1,000.72 | |
| Prior Week's Adjustment/Reg | | | 0.00 | | 0.00 |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **365.52** | | **14,669.47** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 8.48 | 255.8? |
| Fed MED/EE | 5.30 | 213.1? |
| Fed OASDI/EE | 22.67 | 911.3? |
| PA Uncmpl EE | 0.26 | 10.2? |
| PA Withholdng | 11.22 | 451.3 |
| PA Withholdng | 3.66 | 146.9? |
| PA LS Tax | 1.00 | 44.0? |
| **TOTAL:** | **52.59** | **2,032.9?** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 661.34 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **982.51** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 365.52 | 365.52 | 52.59 | 15.11 | 297.8? |
| YTD | 14,669.47 | 14,699.47 | 2,032.95 | 982.51 | 11,654.0? |

### LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amoun? |
|---|---|---|---|
| Advice #3638269 | Checking | XXXXXXX2986 | 297.8? |
| **TOTAL:** | | | **297.8?** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
| Pay Begin Date: | 10/06/2024 |
| Pay End Date: | 10/12/2024 |

| Advice #: | 341-3600411 |
| Advice Date: | 10/17/2024 |

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA 19020
XXX-XX-3825

| Employee ID: | 20539041 |
| Department: | 3719A347 |
| Location: | 3719A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $14.650 Hourly |

**TAX DATA:** Federal / PA State
Tax Status: Single / N/A
Claim Dep. Amt.: / N/A
Other Income:
Deductions:
Extra Withholding:

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 14.650 | 19.26 | 282.16 | 740.42 | 10,802.50 |
| Sunday Regular Hours | 14.649 | 5.02 | 73.54 | 161.65 | 2,352.90 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | | | 0.00 | 13.50 | 197.77 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| Total Hours Worked | | 24.28 | | 933.77 | |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **355.70** | | **13,688.65** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 7.49 | 241.99 |
| Fed MED/EE | 5.16 | 198.92 |
| Fed OASDI/EE | 22.06 | 850.56 |
| PA Unempl EE | 0.25 | 9.66 |
| PA Withholdng | 10.92 | 421.26 |
| PA Withholdng | 3.56 | 137.17 |
| PA LS Tax | 1.00 | 41.00 |
| **TOTAL:** | **50.44** | **1,900.44** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 616.01 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **937.18** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 355.70 | 355.70 | 50.44 | 15.11 | 290.1 |
| YTD | 13,688.65 | 13,718.65 | 1,900.44 | 937.18 | 10,851.0 |

## LEAVE BALANCES

| Float Holiday | 1.00 Days |
| Vac - Current | 0.00 Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3600411 | Checking | XXXXXXX2986 | 290.1 |
| **TOTAL:** | | | **290.1** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc. | Pay Group: | 034 | | Advice #: | 341-3588236 |
|---|---|---|---|---|---|
| Associate Experience Center (AEC) | Pay Begin Date: | 09/29/2024 | | Advice Date: | 10/10/2024 |
| 20427 N 27th Avenue | Pay End Date: | 10/05/2024 | | | |
| Phoenix, AZ 85027-3241 | | | | | |

| | | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|---|
| Heather Ann Wang | Employee ID: | 20539041 | | Tax Status: | Single | N/A |
| 6249 Patrick Henry Ct | Department: | 3719A347 | | Claim Dep. Amt.: | | N/A |
| Bensalem, PA 19020 | Location: | 3719A | | Other Income: | | |
| XXX-XX-3825 | Job Title: | Cashier Clerk | | Deductions: | | |
| | Pay Rate: | $14.650 Hourly | | Extra Withholding: | | |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 14.650 | 16.93 | 248.03 | 721.16 | 10,520.34 | Fed Withholdng | 9.90 | 234.50 |
| Sunday Regular Hours | 14.649 | 4.22 | 61.82 | 156.63 | 2,279.36 | Fed MED/EE | 5.50 | 193.74 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 | Fed OASDI/EE | 23.54 | 828.50 |
| Division Training | 14.650 | 4.77 | 69.88 | 13.50 | 197.77 | PA Unempl EE | 0.26 | 9.3: |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 | PA Withholdng | 11.66 | 410.2: |
| Total Hours Worked | | 25.92 | | 909.49 | | PA Withholdng | 3.80 | 133.6 |
| Holiday Thank You | | | 0.00 | | 45.31 | PA LS Tax | 1.00 | 40.00 |
| TOTAL: | | | 379.73 | | 13,332.95 | TOTAL: | 55.66 | 1,850.00 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Union Dues | 15.11 | 600.90 | | | |
| | | | Union Dues Initiation | 0.00 | 125.00 | | | |
| | | | Garnishment Acme | 0.00 | 196.17 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 15.11 | 922.07 | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 379.73 | 379.73 | 55.66 | 15.11 | 308.9 |
| YTD | 13,332.95 | 13,362.95 | 1,850.00 | 922.07 | 10,560.8 |

### LEAVE BALANCES / NET PAY DISTRIBUTION

| LEAVE BALANCES | | | Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|---|---|---|
| Float Holiday | 1.00 | Days | Advice #3588236 | Checking | XXXXXXX2986 | 308.9 |
| Vac - Current | 0.00 | Hours | | | | |
| | | | TOTAL: | | | 308.9 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
| Pay Begin Date: | 09/22/2024 |
| Pay End Date: | 09/28/2024 |

| Advice #: | 341-3576015 |
| Advice Date: | 10/03/2024 |

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA  19020
XXX-XX-3825

| Employee ID: | 20539041 |
| Department: | 3719A347 |
| Location: | 3719A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $14.650 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | N/A |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.650 | 18.25 | 267.36 | 704.23 | 10,272.31 |
| Sunday Regular Hours | 14.649 | 4.02 | 58.89 | 152.41 | 2,217.54 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | | | 0.00 | 8.73 | 127.89 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| **Total Hours Worked** | | **22.27** | | **883.57** | |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **326.25** | | **12,953.22** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 4.55 | 224.60 |
| Fed MED/EE | 4.73 | 188.20 |
| Fed OASDI/EE | 20.23 | 804.90 |
| PA Unempl EE | 0.23 | 9.09 |
| PA Withholdng | 10.02 | 398.63 |
| PA Withholdng | 3.26 | 129.8 |
| PA LS Tax | 1.00 | 39.00 |
| **TOTAL:** | **44.02** | **1,794.34** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 585.79 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **906.96** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 326.25 | 326.25 | 44.02 | 15.11 | 267.1 |
| YTD | 12,953.22 | 12,983.22 | 1,794.34 | 906.96 | 10,251.9 |

### LEAVE BALANCES

| Float Holiday | 1.00 Days |
| Vac - Current | 0.00 Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3576015 | Checking | XXXXXXX2986 | 267.1 |
| **TOTAL:** | | | **267.1** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706.  AEC Phone: 888-255-2269

**Acme Markets, Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 034 |
| Pay Begin Date: | 09/15/2024 |
| Pay End Date: | 09/21/2024 |

| | |
|---|---|
| Advice #: | 341-3563758 |
| Advice Date: | 09/26/2024 |

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA 19020
XXX-XX-3825

| | |
|---|---|
| Employee ID: | 20539041 |
| Department: | 3719A347 |
| Location: | 3719A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $14.650 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | N/A |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.650 | 15.25 | 223.41 | 685.98 | 10,004.95 |
| Sunday Regular Hours | 14.649 | 4.27 | 62.55 | 148.39 | 2,158.65 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | 14.649 | 4.73 | 69.29 | 8.73 | 127.89 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| Total Hours Worked | | 24.25 | | 861.30 | |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **355.25** | | **12,626.97** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 7.45 | 220.03 |
| Fed MED/EE | 5.16 | 183.53 |
| Fed OASDI/EE | 22.02 | 784.73 |
| PA Uncmpl EE | 0.25 | 8.80 |
| PA Withholdng | 10.91 | 388.60 |
| PA Withholdng | 3.55 | 126.53 |
| PA LS Tax | 1.00 | 38.00 |
| **TOTAL:** | **50.34** | **1,750.32** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 570.68 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **891.85** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 355.25 | 355.25 | 50.34 | 15.11 | 289.80 |
| YTD | 12,626.97 | 12,656.97 | 1,750.32 | 891.85 | 9,984.80 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Float Holiday | 1.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3563758 | Checking | XXXXXXX2986 | 289.80 |
| **TOTAL:** | | | **289.80** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Acme Markets, Inc. Associate Experience Center (AEC) 20427 N 27th Avenue Phoenix, AZ 85027-3241 | Pay Group: 034 Pay Begin Date: 09/08/2024 Pay End Date: 09/14/2024 | | Advice #: 341-3551486 Advice Date: 09/19/2024 | |
|---|---|---|---|---|
| **Heather Ann Wang** 6249 Patrick Henry Ct Bensalem, PA 19020 XXX-XX-3825 | Employee ID: 20539041 Department: 3719A347 Location: 3719A Job Title: Cashier Clerk Pay Rate: $14.650 Hourly | | **TAX DATA:** Tax Status: Claim Dep. Amt.: Other Income: Deductions: Extra Withholding: | Federal Single | PA Stat N/A N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.650 | 15.27 | 223.70 | 670.73 | 9,781.54 |
| Sunday Regular Hours | 14.649 | 4.85 | 71.05 | 144.12 | 2,096.10 |
| Holiday Worked | | | 0.00 | 14.13 | 204.99 |
| Division Training | | | 0.00 | 4.00 | 58.60 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| Total Hours Worked | | 20.12 | | 837.05 | |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | **294.75** | | **12,271.72** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1.40 | 212.66 |
| Fed MED/EE | 4.27 | 178.37 |
| Fed OASDI/EE | 18.28 | 762.7 |
| PA Unempl EE | 0.21 | 8.6 |
| PA Withholdng | 9.05 | 377.69 |
| PA Withholdng | 2.95 | 123.00 |
| PA LS Tax | 1.00 | 37.00 |
| **TOTAL:** | **37.16** | **1,699.98** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 15.11 | 555.57 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | **15.11** | **876.74** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

*TAXABLE

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 294.75 | 294.75 | 37.16 | 15.11 | 242.4 |
| YTD | 12,271.72 | 12,301.72 | 1,699.98 | 876.74 | 9,695.0 |

### LEAVE BALANCES

| Float Holiday | 1.00 Days |
|---|---|
| Vac - Current | 0.00 Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #3551486 | Checking | XXXXXXX2986 | 242.4 |
| **TOTAL:** | | | **242.4** |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Acme Markets, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 034 |
| --- | --- |
| Pay Begin Date: | 09/01/2024 |
| Pay End Date: | 09/07/2024 |

| Advice #: | 341-3539201 |
| --- | --- |
| Advice Date: | 09/12/2024 |

**Heather Ann Wang**
6249 Patrick Henry Ct
Bensalem, PA 19020
XXX-XX-3825

| Employee ID: | 20539041 |
| --- | --- |
| Department: | 3719A347 |
| Location: | 3719A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $14.650 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | N/A |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.650 | 15.73 | 230.45 | 655.46 | 9,557.84 |
| Sunday Regular Hours | 14.649 | 5.02 | 73.54 | 139.27 | 2,025.05 |
| Holiday Worked | 14.650 | 5.00 | 73.25 | 14.13 | 204.99 |
| Division Training | | | 0.00 | 4.00 | 58.60 |
| HOL Stght Time Plus Prem | | | 0.00 | 4.07 | 115.18 |
| **Total Hours Worked** | | 25.75 | | 816.93 | |
| Holiday Thank You | | | 0.00 | | 45.31 |
| **TOTAL:** | | | 377.24 | | 11,976.97 |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 9.65 | 211.20 |
| Fed MED/EE | 5.47 | 174.10 |
| Fed OASDI/EE | 23.39 | 744.41 |
| PA Uncmpl EE | 0.26 | 8.40 |
| PA Withholdng | 11.58 | 368.64 |
| PA Withholdng | 3.77 | 120.03 |
| PA LS Tax | 1.00 | 36.00 |
| **TOTAL:** | 55.12 | 1,662.82 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Union Dues | 15.11 | 540.46 |
| Union Dues Initiation | 0.00 | 125.00 |
| Garnishment Acme | 0.00 | 196.17 |
| **TOTAL:** | 15.11 | 861.63 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 377.24 | 377.24 | 55.12 | 15.11 | 307.0 |
| YTD | 11,976.97 | 12,006.97 | 1,662.82 | 861.63 | 9,452.5 |

## LEAVE BALANCES

| | | |
| --- | --- | --- |
| Float Holiday | 1.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Advice #3539201 | Checking | XXXXXXX2986 | 307.0 |
| **TOTAL:** | | | 307.0 |

Employer: Acme Markets, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269