UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Eric W. Wang | Bankruptcy No.24-14059-AMC |
| Heather A. Wang | |
| Debtors | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 26th day of March, 2025, by first class mail upon those listed below:

Eric W. Wang
Heather A. Wang
6249 Patrick Henry Court
Bensalem, PA  19020

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA  19020

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee