# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Heather A. Wang<br>        Eric W. Wang<br>                    Debtor(s)<br><br>loanDepot.com, LLC, its successors and/or assigns<br>                    Movant<br>        vs.<br><br>Heather A. Wang<br>Eric W. Wang<br>                    Debtor(s)<br><br>Scott F. Waterman<br>                    Trustee | CHAPTER 13<br><br><br>NO. 24-14059 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of loanDepot.com, LLC, which was filed with the Court on or about May 2, 2025.

Dated: May 12, 2025

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Heather A. Wang Eric W. Wang | **BK NO. 24-14059 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **loanDepot.com, LLC** | |
| **Movant** | |
| vs. | |
| **Heather A. Wang Eric W. Wang** | |
| **Debtor(s)** | |
| **Scott F. Waterman** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 5/12/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 5/12/2025

/s/ **Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Heather A. Wang<br>6249 Patrick Henry Court<br>Bensalem, PA 19020<br><br>Eric W. Wang<br>6249 Patrick Henry Court<br>Bensalem, PA 19020 | Debtors | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Paul H. Young, Esq.<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Attorney for Debtors | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |