United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14059-amc |
| Eric W. Wang | Chapter 13 |
| Heather A. Wang | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric W. Wang, Heather A. Wang, 6249 Patrick Henry Court, Bensalem, PA 19020-1832 |
| 14945368 | + | AFNI c/o Becket and Lee, PO Box 3097, Bloomington, IL 61702-3097 |
| 14945369 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 14945372 | + | Inspire Federal Credit, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14945378 | | PA Dept Of Revenue, Bureau of Collections & Taxpayer Service, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14945381 | + | Santander Consumer USA Inc., 3818 E Coronado, Anaheim, CA 92807-1607 |
| 14947470 | + | loanDepot.com LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14968772 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 00:36:09 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14948699 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 00:36:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945370 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 00:32:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14945371 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 00:32:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14966959 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jul 25 2025 00:33:00 | DBA US Digestive Health, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 14945373 | + | Email/Text: jmerrill@inspirefcu.org | Jul 25 2025 00:33:00 | Inspire Federal Credit, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14945374 | | Email/Text: govtaudits@labcorp.com | Jul 25 2025 00:32:00 | Laboratory Corp of America Holdings, PO Box 2240, Burlington, NC 27216 |
| 14948698 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 00:36:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945375 | + | Email/Text: bknotification@loandepot.com | Jul 25 2025 00:33:00 | LoanDepot.com LLC, 26642 Towne Center Dr., Foothill Ranch, CA 92610-2808 |
| 14945377 | | Email/Text: EBN@Mohela.com | Jul 25 2025 00:32:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14950277 | | Email/Text: EBN@Mohela.com | Jul 25 2025 00:32:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14945376 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 25 2025 00:32:00 | Medical Data Systems I, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14945379 | + | Email/Text: joey@rmscollect.com | Jul 25 2025 00:33:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14945380 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 25 2025 00:32:00 | Regions Bank/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14958559 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 25 2025 00:33:00 | Santander Consumer USA, Inc.,, successor in interest to Gateway, One Lending & Finance, LLC, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14945382 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 25 2025 00:32:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14965777 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 25 2025 00:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14945383 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 25 2025 00:32:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14947355 | ^ | MEBN | Jul 25 2025 00:26:52 | loanDepot.com, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14970172 | + | Email/Text: bknotification@loandepot.com | Jul 25 2025 00:32:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | |
| | on behalf of Joint Debtor Heather A. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Eric W. Wang support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 27

,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Eric W. Wang )<br>)<br>)<br>   Heather A. Wang )<br>)<br>   Debtor(s). ) | Case No. 24−14059−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 23, 2025　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court