| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-14059-AMC

Eric W. Wang  
Heather A. Wang  
6249 Patrick Henry Court  
Bensalem  PA   19020

Petition Filed Date: 11/12/2024  
341 Hearing Date: 01/10/2025  
Confirmation Date: 07/23/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/20/2024 | $1,550.00 | | 01/28/2025 | $1,550.00 | | 02/25/2025 | $1,550.00 | |
| 04/07/2025 | $1,550.00 | | 05/05/2025 | $1,550.00 | | 06/03/2025 | $1,595.00 | |
| 06/30/2025 | $1,595.00 | | 07/29/2025 | $1,797.00 | | | | |

**Total Receipts for the Period:  $12,737.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,534.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $5,313.00 | $5,313.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ASHLEY FUNDING SVCS LLC »» 002 | Unsecured Creditors | $58.50 | $0.00 | $58.50 |
| 3 | ASHLEY FUNDING SVCS LLC »» 003 | Unsecured Creditors | $379.00 | $0.00 | $379.00 |
| 4 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $814.00 | $0.00 | $814.00 |
| 5 | DEPARTMENT OF EDUCATION/MOHELA »» 005 | Unsecured Creditors | $41,208.67 | $0.00 | $41,208.67 |
| 6 | SANTANDER CONSUMER USA INC »» 06S | Secured Creditors | $12,143.00 | $1,019.83 | $11,123.17 |
| 7 | SANTANDER CONSUMER USA INC »» 06U | Unsecured Creditors | $998.48 | $0.00 | $998.48 |
| 8 | TOYOTA MOTOR CREDIT CORPORATION »» 007 | Secured Creditors | $9,800.77 | $823.12 | $8,977.65 |
| 9 | US DIGESTIVE HEALTH »» 008 | Unsecured Creditors | $377.10 | $0.00 | $377.10 |
| 10 | AFNI INC »» 009 | Secured Creditors | $12,843.08 | $1,078.63 | $11,764.45 |
| 11 | LOAN DEPOT »» 010 | Mortgage Arrears | $43,330.65 | $3,639.14 | $39,691.51 |
| 12 | COMENITY BANK »» Q | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | INSPIRE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | INSPIRE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-14059-AMC**

| 17 | RECEIVABLES MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | GREENSKY LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,534.00 | Current Monthly Payment: | $1,797.00 |
| Paid to Claims: | $11,873.72 | Arrearages: | ($1,595.00) |
| Paid to Trustee: | $962.12 | Total Plan Base: | $104,586.00 |
| Funds on Hand: | $1,698.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.