Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Eric W. Wang
Heather A. Wang
6249 Patrick Henry Court
Bensalem, PA 19020

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-14059-AMC**

Petition Filed Date: 11/12/2024
341 Hearing Date: 01/10/2025
Confirmation Date: 07/23/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $1,797.00 | | 10/06/2025 | $1,797.00 | | 11/03/2025 | $1,797.00 | |
| 12/02/2025 | $1,797.00 | | 01/12/2026 | $1,797.00 | | 02/10/2026 | $1,797.00 | |
| 03/09/2026 | $1,797.00 | | 04/20/2026 | $1,797.00 | | 05/21/2026 | $1,797.00 | |
| 06/29/2026 | $1,797.00 | | 07/29/2026 | $1,797.00 | | | | |

**Total Receipts for the Period: $19,767.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $32,504.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $5,313.00 | $5,313.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ASHLEY FUNDING SVCS LLC<br>»» 002 | Unsecured Creditors | $58.50 | $0.00 | $58.50 |
| 3 | ASHLEY FUNDING SVCS LLC<br>»» 003 | Unsecured Creditors | $379.00 | $0.00 | $379.00 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $814.00 | $0.00 | $814.00 |
| 5 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 005 | Unsecured Creditors | $41,208.67 | $0.00 | $41,208.67 |
| 6 | SANTANDER CONSUMER USA INC<br>»» 06S | Secured Creditors | $12,143.00 | $3,862.10 | $8,280.90 |
| 7 | SANTANDER CONSUMER USA INC<br>»» 06U | Unsecured Creditors | $998.48 | $0.00 | $998.48 |
| 8 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 007 | Secured Creditors | $9,800.77 | $3,117.12 | $6,683.65 |
| 9 | US DIGESTIVE HEALTH<br>»» 008 | Unsecured Creditors | $377.10 | $0.00 | $377.10 |
| 10 | AFNI INC<br>»» 009 | Secured Creditors | $12,843.08 | $4,084.72 | $8,758.36 |
| 11 | LOAN DEPOT<br>»» 010 | Mortgage Arrears | $43,330.65 | $13,781.28 | $29,549.37 |
| 12 | COMENITY BANK<br>»» Q | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-14059-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | INSPIRE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | INSPIRE FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | RECEIVABLES MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | GREENSKY LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,504.00 | Current Monthly Payment: | $1,797.00 |
| Paid to Claims: | $30,158.22 | Arrearages: | $1,999.00 |
| Paid to Trustee: | $2,345.78 | Total Plan Base: | $104,586.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.